```
1  ERIC GRANT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   JUSTIN J. GILIO
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099
6
   Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-EPG |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS COUNT ONE AGAINST KEVIN HIDALGO PACHECO; [PROPOSED] ORDER |
| v. | |
| KEVIN ALEXANDER HIDALGO PACHECO, | |
| Defendant. | |

The United States of America, by and through its counsel, hereby moves for dismissal without prejudice of all counts and allegations against Kevin Hidalgo Pacheco in 1:24-cr-000265-KES.

Dated: January 22, 2026                    ERIC GRANT
                                           United States Attorney

                                       By: */s/ Robert L. Veneman-Hughes*
                                           ROBERT L. VENEMAN-HUGHES
                                           Assistant United States Attorney

MOTION TO DISMISS AND PROPOSED ORDER

**[PROPOSED] O R D E R**

IT IS SO ORDERED this _____ day of _____, 2026, that all counts and allegations as to Kevin Hidalgo Pacheco are dismissed without prejudice.

> HON. KIRK E. SHERRIFF
> United States District Judge