ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALEXANDER HIDALGO PACHECO,<br><br>Defendant. | CASE NO. 1:24-CR-00265-KES-EPG<br><br>GOVERNMENT MOTION TO DISMISS ALL COUNTS AGAINST KEVIN HIDALGO PACHECO; ORDER |

The United States of America, by and through its counsel, hereby moves for dismissal without prejudice of all counts and allegations against Kevin Hidalgo Pacheco in 1:24-cr-000265-KES.


Dated:  January 22, 2026

ERIC GRANT
United States Attorney

By:  */s/ Robert L. Veneman-Hughes*
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

MOTION TO DISMISS AND ORDER

**O R D E R**

IT IS SO ORDERED that all counts and allegations as to Kevin Hidalgo Pacheco are dismissed without prejudice.

IT IS SO ORDERED.

Dated:   January 23, 2026

_____
UNITED STATES DISTRICT JUDGE

Motion to dismiss and order